WALTER W. HINDS, SR. *v.* COMMISSIONER
OF CORRECTION
(AC 31403)

Gruendel, Alvord and Flynn, Js.

Argued February 8—officially released March 1, 2011

Per Curiam. The appeal is dismissed.

DEUTSCHE BANK NATIONAL TRUST COMPANY *v.*
MARILYN MAFFUCCI MILLER
(AC 32524)

Gruendel, Alvord and Pellegrino, Js.

Argued January 13—officially released March 1, 2011

Per Curiam. The judgment is affirmed.

JOHN DEFRANCESCO *v.* FRANKIE'S BARBER SHOP
(AC 32284)

Bishop, Harper and Beach, Js.

Submitted on briefs February 7—officially released March 1, 2011

Per Curiam. The judgment is affirmed.